ALMB 6a (07/2017)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                              Case No. 13-81527
                                                                                                            Chapter 13

BRENDA GEORGE DANIELS

Debtor(s)

## MOTION FOR DISCHARGE UNDER 11 U.S.C. § 1328(a) AND
## DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

The debtor(s) in the above captioned matter certifies as follows:

1. The chapter 13 trustee has issued a notice of plan completion, and/or debtor(s) has otherwise been notified by the trustee that he/she/they have completed payments under the Plan. The debtor(s) is requesting the court to issue a discharge in this case pursuant to 11 U.S.C. § 1328(a).

2. The debtor(s) has completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has filed either the PFMI certificate or Official Form 423 with this court (or an order has entered waiving this requirement).

3. Certification Concerning Domestic Support Obligations (check one):

         ☒      The debtor(s) has not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A);

         Or

         ☐      The debtor(s) certifies that all amounts payable under any domestic support obligation (required by a judicial or administrative order or by statute), that are due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid. The name of each holder of a domestic support obligation is as follows:

ALMB 6a (07/2017)
4. The debtor(s) is not attempting to discharge debts owed to the following creditors:   N/A

5. Certification concerning 11 U.S.C. § 1328(h): The debtor(s) certifies that § 522(q)(1) is not applicable to the debtor(s), and there is not pending any proceeding in which the debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

6. The debtor(s) has not received a discharge under chapter 7, 11, or 12 in a case filed during the 4-year period preceding the filing of the instant case and has not received a discharge under chapter 13 in a case filed during the 2-year period preceding the filing of the instant case.

WHEREFORE, debtor(s) respectfully prays that this court will enter discharge under 11 U.S.C. § 1328(a).

By signing this motion/certification, I/we acknowledge that all of the statements contained herein are true and accurate and that the court may rely on each of these statements in determining whether to grant me/us a discharge in this chapter 13 case. The court may revoke my/our discharge if the statements relied upon herein are proven to be inaccurate.

Dated   11/20/2018

/s/ Brenda George Daniels
Debtor

Joint Debtor

/s/Dana M. May

(MAY047) Attorney for Debtor(s)
P.O. Box 2566
Phenix City, AL 36868
334-297-1870
334-297-1870
maydana@ymail.com

ALMB 6a (07/2017)

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Motion for Discharge was served upon all creditors and parties in interest as follows:

**by CM/ECF:**
Sabrina L. McKinney, Acting Trustee
Teresa Jacobs, Bankruptcy Administrator

**by First Class Mail, postage prepaid:**
All creditors listed on creditor matrix.

**Other:**

Dated:   11/20/2018

 /s/Dana M. May
Attorney for debtor(s)